THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED 2010 MAY 24 PM 2:13

IN RE: ) CHAPTER 13
) CASE NO: 07-52903
NAOMI L FELL )
) MARILYN SHEA-STONUM
Debtor(s) ) BANKRUPTCY JUDGE
)
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **ALMA HARDY**
   **Check No. 732190**
   **Claim #08-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $3,780.01 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: 5/21/2010

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

ck # 749735
receipt # 81493

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

NAOMI L FELL
385 BLAIR CIRCLE
AURORA, OH 44202
(Via Regular Mail)


RONALD R STANLEY ESQ (via ECF)

ALMA HARDY
C/O WILLIAM D MOORE
815 SUPERIOR AVE ATE 1717
CLEVELAND, OH 44114-2702
(via Regular Mail)

Date of Service: **5/21/2010**        By: **JoAnn Romig**
                                      Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com