FILED

2010 JUN 16 PM 1:30

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:                                  ) CHAPTER 13
                                        ) CASE NO: **07-52903**
**NAOMI L FELL**                        )
                                        )
                                        ) MARILYN SHEA-STONUM
                    Debtor(s)           ) BANKRUPTCY JUDGE
                                        )
                                        ) TRANSMITTAL OF UNCLAIMED FUNDS

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the
   following creditor(s):

   **ALMA HARDY**
   **Check No. 738825**
   **Claim #08-1**

   However, either the check has been returned to the Trustee or a stop
   payment has been issued by the Trustee due to creditor's failure to
   negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of
   **$1159.61** payable to the Clerk of the United States Bankruptcy Court for
   deposit in the Court's depository account.

Date: **6/15/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

ck # 752742
receipt # 81550

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

**NAOMI L FELL**
**385 BLAIR CIRCLE**
**AURORA, OH 44202**
**(Via Regular Mail)**


**RONALD R STANLEY ESQ (via ECF)**

**ALMA HARDY**
**C/O  WILLIAM D MOORE**
**815 SUPERIOR AVE ATE 1717**
**CLEVELAND, OH 44114-2702**
**(via Regular Mail)**

Date of Service: **6/15/2010**          By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com