FILED
2010 JUL 20 PM 1:35

U S BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO: 07-52903 |
| **NAOMI L FELL** | ) | |
| | ) | MARILYN SHEA-STONUM |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

---

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **ALMA HARDY**
   **Check No. 742420**
   **Claim #08-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $1156.95 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **7/16/2010**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*ck # 755526*

*receipt # 81626*

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

NAOMI L FELL
385 BLAIR CIRCLE
AURORA, OH 44202
(Via Regular Mail)


RONALD R STANLEY ESQ (via ECF)

ALMA HARDY
C/O WILLIAM D MOORE
815 SUPERIOR AVE ATE 1717
CLEVELAND, OH 44114-2702
(via Regular Mail)

Date of Service: **7/16/2010**  By: **JoAnn Romig**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com